# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. MARIO LIMON, Defendant. | **HEARING MINUTES** Sealed: No |
|---|---|
| | Case No.: 15-cr-4068-2-MWB |
| | Presiding Judge: Mark W. Bennett |
| | Deputy Clerk: Jennifer Gill |
| | Court Reporter: Shelly Semmler   Contract? No |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: 11/14/2016 | Start: 2:40PM | Adjourn: 3:11PM | Courtroom: Donald E. O'Brien Courtroom |
|---|---|---|---|
| Recesses: | | Time in Chambers: | Telephonic? -- |

| Appearances: | Plaintiff: AUSA Shawn Wehde |
|---|---|
| | Defendant: Douglas Roehrich, defendant present |
| | U.S. Probation: Chad Zach |
| | Interpreter: Daniel Novoa/Gloria Mayne   Language: Spanish   Certified: Y   Phone: Y |

**TYPE OF PROCEEDING:** IS THE HEARING   Contested? No   Continued from a previous date? No

**SENTENCING:**

| Objections to PSIR: | | Ruling: | |
|---|---|---|---|
| Motions to vary/depart: | Motion for Downward Variance (#79) | Ruling: | Denied. |
| | § 5K1.1 and 18 U.S.C. § 1353e Motion – Government recommends 45% reduction | Ruling: | Granted. 60% reduction - 210 months to 84 months |
| Count(s) dismissed: | | | |
| Sentence (See J & C): | 84 months' incarceration | | |
| Fine: | Waived | Special assessment: | $100 |
| Supervised Release: | 5 years | | |
| Court's recommendations (if any): | Facility as close to Sioux City as possible-consistent with security classification | | |
| Defendant is | Detained | and shall report | |

**Witness/Exhibit List Is:**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.   Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

**Miscellaneous:**